CINCINNATI BAR ASSOCIATION *v.* MARBLE.

[Cite as Cincinnati Bar Assn. *v.* Marble (1984), 15 Ohio St. 3d 394.]

(D.D. No. 84-34—Decided December 31, 1984.)

*Mr. John S. Wirthlin* and *Mr. John W. McNally, Jr.,* for relator.
*Mr. John H. Marble, pro se.*

*Per Curiam.* After a careful examination and a review of the record in this case, this court concurs with the findings and conclusions of the board that respondent's actions, when considered altogether, necessitate that sanctions against him be imposed.

It is the judgment of this court that respondent be suspended from the practice of law for one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.